IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LLOYD T. SCHUENKE,

    Plaintiff,

v.

WILLIAM POLLARD, BELINDA SCHRUBBE,
PAUL SUMNICHT and GAIL WALTZ,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-518-bbc

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to exhaust his administrative remedies.

_____    11/23/11
Peter Oppeneer, Clerk of Court        Date